| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle)<br>**Rubicon US REIT, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>N/A |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names)<br>N/A | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names)<br>N/A |
| Last four digits of Social Security or Individual-Taxpayer I.D. (TIN)<br>No./Complete EIN (if more than one, state all):<br>20-1813829 | Last four digits of Social Security or Individual-Taxpayer I.D. (TIN)<br>No./Complete EIN (if more than one, state all):<br>N/A |
| Street Address of Debtor (No. & Street, City, and State):<br>**311 South Wacker Drive, Suite 1725**<br>**Chicago, IL**<br>ZIP CODE 60606 | Street Address of Joint Debtor (No. & Street, City, and State):<br>N/A<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business:<br>N/A |
| Mailing Address of Debtor (if different from street address):<br>N/A<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>N/A<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>N/A | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other - REAL ESTATE HOLDING COMPANY

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Rubicon US REIT, Inc.** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years**(If more than two, attach additional sheet.)

| Location<br>Where Filed:   **N/A** | Case Number:<br>**N/A** | Date Filed:<br>**N/A** |
|---|---|---|
| Location<br>Where Filed:   **N/A** | Case Number:<br>**N/A** | Date Filed:<br>**N/A** |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor**(If more than one, attach additional sheet.)

| Name of Debtor: **See attached Schedule A** | Case Number:<br>**N/A** | Date Filed: |
|---|---|---|
| District: **District of Delaware** | Relationship: **Affiliates** | Judge:<br>**Pending** |

<table>
<tr>
<td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          Date</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l))..

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Rubicon US REIT, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)
**Stephen W. Spence**
Printed Name of Attorney for Debtor(s)
**Phillips, Goldman & Spence, P.A.**
Firm Name
**1200 N. Broom Street**
**Wilmington, DE 19806**
Address
**Email:sws@pgslaw.com**
**(302) 655-4200 Fax:(302) 655-4210**
Telephone Number
*1 - 15 -10*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address
X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
**Robert Saunders**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
Date
*1/15/10*

## Schedule A

Pending Bankruptcy Cases in the District of Delaware
Filed by the Debtor and Affiliates of the Debtor

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Rubicon US REIT, Inc. | 10-_____ (    ) | **January 20, 2010** |
| | Relationship:<br><br>Debtor | Judge:               Pending |
| **Name of Debtor:** | **Case No.** | **Date Filed:** |
| Rubicon GSA II, LLC | 10-_____ (    ) | **January 20, 2010** |
| | **Relationship:**<br><br>Affiliate | **Judge:**               Pending |
| **Name of Debtor:** | **Case No.** | **Date Filed:** |
| Rubicon GSA II Alameda, LLC | 10-_____ (    ) | **January 20, 2010** |
| | **Relationship:**<br><br>Affiliate | **Judge:**               Pending |
| **Name of Debtor:** | **Case No.** | **Date Filed:** |
| Rubicon GSA II Baltimore, LLC | 10-_____ (    ) | **January 20, 2010** |
| | **Relationship:**<br><br>Affiliate | **Judge:**               Pending |
| **Name of Debtor:** | **Case No.** | **Date Filed:** |
| Rubicon GSA II Beacon Station Miami, LLC | 10-_____ (    ) | **January 20, 2010** |
| | **Relationship:**<br><br>Affiliate | **Judge:**               Pending |
| **Name of Debtor:** | **Case No.** | **Date Filed:** |
| Rubicon GSA II Boise BLM, LLC | 10-_____ (    ) | **January 20, 2010** |

# Schedule A

## Pending Bankruptcy Cases in the District of Delaware
### Filed by the Debtor and Affiliates of the Debtor

|  | **Relationship:**  Affiliate | **Judge:** Pending |
|---|---|---|
| **Name of Debtor:**  Rubicon GSA II Boise INS, LLC | **Case No.**  10-_____ (        ) | **Date Filed:**  **January 20, 2010** |
|  | **Relationship:**  Affiliate | **Judge:** Pending |
| **Name of Debtor:**  Rubicon GSA II Centennial Tacoma, LLC | **Case No.**  10-_____ (        ) | **Date Filed:**  **January 20, 2010** |
|  | **Relationship:**  Affiliate | **Judge:** Pending |
| **Name of Debtor:**  Rubicon GSA II Fresno, LLC | **Case No.**  10-_____ (        ) | **Date Filed:**  **January 20, 2010** |
|  | **Relationship:**  Affiliate | **Judge:** Pending |
| **Name of Debtor:**  Rubicon GSA II Kansas City, LLC | **Case No.**  10-_____ (        ) | **Date Filed:**  **January 20, 2010** |
|  | **Relationship:**  Affiliate | **Judge:** Pending |
| **Name of Debtor:**  Rubicon GSA II New Orleans, LLC | **Case No.**  10-_____ (        ) | **Date Filed:**  **January 20, 2010** |
|  | **Relationship:**  Affiliate | **Judge:** Pending |
| **Name of Debtor:**  Rubicon GSA II Richmond, | **Case No.**  10-_____ (        ) | **Date Filed:**  **January 20, 2010** |

## Schedule A

### Pending Bankruptcy Cases in the District of Delaware
### Filed by the Debtor and Affiliates of the Debtor

| LLC | | |
|---|---|---|
| | **Relationship:**<br><br>Affiliate | **Judge:**　　Pending |
| **Name of Debtor:**<br><br>Rubicon GSA II Duncan Plaza Portland, LLC | **Case No.**<br><br>**10-_____ (　　)** | **Date Filed:**<br><br>**January 20, 2010** |
| | **Relationship:**<br><br>Affiliate | **Judge:**　　Pending |
| **Name of Debtor:**<br><br>Rubicon GSA II Santa Clara, LLC | **Case No.**<br><br>**10-_____ (　　)** | **Date Filed:**<br><br>**January 20, 2010** |
| | **Relationship:**<br><br>Affiliate | **Judge:**　　Pending |

On the date hereof, each of the affiliated entities listed above (including the debtor in this chapter 11 case) filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Court").  A motion will be filed with the Court requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered under the number assigned to the chapter 11 case of Rubicon US REIT, Inc.

# RUBICON US REIT, INC.

## <u>RESOLUTION</u>

The undersigned, being all of the members of the Board of Directors (the "Board") of **RUBICON US REIT, INC.**, a Delaware corporation (the "Company"), pursuant to the Bylaws of the Company, as amended, hereby adopt the following resolutions and actions:

## NOW THEREFORE, BE IT

**RESOLVED,** that in the judgment of the Board, it is desirable and in the best interests of the Company in order to maximize value for its stakeholders, including, its creditors, equity holders and other interested parties, that the Company seek the protections of chapter 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"); and it is further

**RESOLVED,** that any director or officer of the Company be, and hereby is, authorized, empowered and directed, in the name and on behalf of the Company to execute, acknowledge, verify and deliver a petition pursuant to chapter 11 of the Bankruptcy Code, and to cause the same to be filed with the United States Bankruptcy Court, District of Delaware (the "Bankruptcy Court") on behalf of the Company at such time as he shall determine, in consultation with the professional advisors of the Company; and it is further

**RESOLVED,** that Robert Saunders be, and hereby is elected President of the Company to carry out such duties as may be directed by this Board, effective immediately upon his acceptance; and it is further

**RESOLVED,** that Gil Clark be, and hereby is, elected Vice-President of the Company to carry out such duties as directed by the Board, effective immediately upon his acceptance; and it is further

**RESOLVED,** that J. Scott Patrick be, and hereby is, elected Vice-President and Secretary of the Company to carry out such duties as directed by the Board, effective immediately upon his acceptance; and it is further

**RESOLVED,** that any director or officer of the Company be, and hereby is, authorized, empowered and directed to execute, acknowledge, verify and file such other instruments, schedules and other papers, and to take any and all other action that he in so acting, may deem necessary or proper to carry out the Company's chapter 11 case; and it is further

**RESOLVED,** that the law firm of Squire, Sanders & Dempsey L.L.P. ("SSD") be, and hereby is, retained as primary counsel on behalf of the Company, Rubicon GSA II, LLC ("GSA II"), Rubicon GSA II Alameda, LLC, Rubicon GSA II Baltimore, LLC, Rubicon GSA II Beacon Station Miami, LLC, Rubicon GSA II Boise BLM, LLC, Rubicon GSA II Boise INS, LLC, Rubicon GSA II Centennial Tacoma, LLC, Rubicon GSA II Fresno, LLC, Rubicon GSA II Kansas City, LLC, Rubicon GSA II New Orleans, LLC, Rubicon GSA II Richmond, LLC, Rubicon GSA II Duncan Plaza Portland, LLC, and Rubicon GSA II Santa Clara, LLC, under a general retainer for all such entities in the amount of three-hundred thousand dollars ($300,000)

to be paid by GSA II (to the extent the current retainer is less than said amount) on behalf of all of the entities, which retention is subject to approval of the Bankruptcy Court; and it is further

**RESOLVED**, that all outstanding invoices of SSD be paid through the date of filing of the Petition; and it is further

**RESOLVED,** that the law firm of Phillips, Goldman & Spence, P.A. ("PGS") be, and hereby is, retained as co-counsel on behalf of the Company, Rubicon GSA II, LLC ("GSA II"), Rubicon GSA II Alameda, LLC, Rubicon GSA II Baltimore, LLC, Rubicon GSA II Beacon Station Miami, LLC, Rubicon GSA II Boise BLM, LLC, Rubicon GSA II Boise INS, LLC, Rubicon GSA II Centennial Tacoma, LLC, Rubicon GSA II Fresno, LLC, Rubicon GSA II Kansas City, LLC, Rubicon GSA II New Orleans, LLC, Rubicon GSA II Richmond, LLC, Rubicon GSA II Duncan Plaza Portland, LLC, and Rubicon GSA II Santa Clara, LLC, under a general retainer for all such entities in the amount of fifty thousand dollars ($50,000) to be paid by GSA II (to the extent the current retainer is less than said amount) on behalf of all of the entities, which retention is subject to approval of the Bankruptcy Court; and it is further

**RESOLVED**, that fifteen thousand dollars ($15,000) be funded to PGS, from GSA II to be used for the filing fees for the chapter 11 petitions; and it is further

**RESOLVED**, that Grant Thornton LLP ("GT"), and hereby is, retained as financial consultants and advisers to the Company, Rubicon GSA II, LLC ("GSA II"), Rubicon GSA II Alameda, LLC, Rubicon GSA II Baltimore, LLC, Rubicon GSA II Beacon Station Miami, LLC, Rubicon GSA II Boise BLM, LLC, Rubicon GSA II Boise INS, LLC, Rubicon GSA II Centennial Tacoma, LLC, Rubicon GSA II Fresno, LLC, Rubicon GSA II Kansas City, LLC, Rubicon GSA II New Orleans, LLC, Rubicon GSA II Richmond, LLC, Rubicon GSA II Duncan Plaza Portland, LLC, and Rubicon GSA II Santa Clara, LLC, under a general retainer for all such entities in the amount of three-hundred thousand dollars ($300,000) to be paid by GSA II (to the extent the current retainer is less than said amount) on behalf of all of the entities, which retention is subject to approval of the Bankruptcy Court; and it is further

**RESOLVED**, that all outstanding invoices of GT be paid through the date of filing of the Petition; and it is further

**RESOLVED,** that Young Conaway Stargatt & Taylor, LLP ("YCST") be, and hereby is, retained as  special litigation counsel to the Company, Rubicon GSA II, LLC ("GSA II"), Rubicon GSA II Alameda, LLC, Rubicon GSA II Baltimore, LLC, Rubicon GSA II Beacon Station Miami, LLC, Rubicon GSA II Boise BLM, LLC, Rubicon GSA II Boise INS, LLC, Rubicon GSA II Centennial Tacoma, LLC, Rubicon GSA II Fresno, LLC, Rubicon GSA II Kansas City, LLC, Rubicon GSA II New Orleans, LLC, Rubicon GSA II Richmond, LLC, Rubicon GSA II Duncan Plaza Portland, LLC, and Rubicon GSA II Santa Clara, LLC, under a general retainer for all such entities in the amount of seventy-five thousand dollars ($75,000) to be paid by GSA II (to the extent the current retainer is less than said amount) on behalf of all of the entities, which retention is subject to approval of the Bankruptcy Court; and it is further

**RESOLVED**, that all outstanding invoices of YCST be paid through the date of filing of the Petition; and it is further

**RESOLVED,** that any officer of the Company as the Company shall designate from time to time, and any employees or agents (including counsel) designated by or directed by any such officers be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file, and/or record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, and to take such other actions, as in the judgment of any such officer shall be necessary, proper, and desirable to effectuate a successful chapter 11 case; and it is further

**RESOLVED,** that any officer of the Company is empowered and directed to negotiate, execute and deliver agreements for the use of cash collateral in connection with the Company's chapter 11 case or to seek approval for the contested use of cash collateral, upon such terms as the Company's professionals deem advisable, including, without limitation, the granting of priming liens and superpriority administrative expense claim status to any such lender(s) to such agreement(s), and to take such additional action and to execute and deliver each other agreement, instrument or document to be executed and delivered by or on behalf of the Company pursuant thereto or in connection therewith, in each case subject to approval by the Bankruptcy Court if required; and it is further

**RESOLVED,** that any officer of the Company be, and hereby is, authorized, empowered and directed to take all such further action and to execute and deliver all such further agreements, instruments and other documents, in the name and on behalf of the Company, and to pay any and all such expenses and taxes, as in his sole and absolute judgment shall be deemed to be necessary, proper or advisable in order to fully carry out the intent and accomplish the purposes of the foregoing preambles and resolution and the transactions contemplated therein; and it is further

**RESOLVED,** that the taking of any action or the execution and delivery of any document authorized by the foregoing resolutions, in the name and on behalf of the Company, be deemed, and it hereby is authorized and empowered to be, conclusive proof of the approval thereof from the Company, without the necessity of affixing the corporate seal of the Company thereon; and it is further

**RESOLVED,** that the Board be, and hereby is, authorized and empowered, but not directed, in the name and on behalf of the Company, in its capacity as Member or Manager of the Subsidiaries, to grant an exclusivity period of not more than four (4) weeks, beginning with the filing date of any chapter 11 petition, for the Company and the Subsidiaries, to Global Asset Capital, LLC, for the purpose of proposing a stalking-horse bid for the sale of the real properties owned by the Subsidiaries pursuant to the Bankruptcy Code, subject, however, to the Company's advisors being satisfied with the financial information to be provided by GAC; and it is further

**RESOLVED,** that any and all actions heretofore taken by any director or officer of the Company with respect to, and in contemplation of, the transactions contemplated by any of the foregoing resolutions are hereby ratified, approved, authorized and confirmed; and it is further

**RESOLVED,** that the authority hereby conferred shall be deemed retroactive, and any and all acts authorized herein that were performed prior to the passage of these resolutions be, and they hereby are, approved, ratified and confirmed in all respects.

Executed and acknowledged by the undersigned, being all of the members of the Board of Directors of the Company, effective January___, 2010.

**RUBICON US REIT, INC.**

By: _____
Name: Andrea Unterberger
Title:  Director

By: _____
Name:  Andrew Panaccione
Title:  Director

NEWYORK/120163.7

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                        )        **Chapter 11**
                                 )
**RUBICON US REIT, INC**[1]**.,**    )
                                 )       **Case No.  10-_____ (  )**
                                 )
              **Debtor.**      )

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 30 LARGEST UNSECURED CLAIMS

      The following is a list of creditors holding the thirty (30) largest unsecured claims against the above-captioned Debtor and certain affiliated entities that have simultaneously commenced chapter 11 cases in this Court (collectively, the "Debtors"). This list has been prepared on a consolidated basis from the unaudited books and records of the Debtors, as of December 22, 2009.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in the Debtors' chapter 11 cases.  This list does not include (1) persons who come within the definition of "insider" as that term is defined in § 101(31) of title 11 of the United States Code (the "Bankruptcy Code"), and (2) the inclusion or exclusion of any part of this List of Creditors shall not constitute an admission by, nor shall it be binding on, the Debtors in any respects.  The Debtors expressly reserve the right to, in their sole discretion, challenge the validity, priority and/or amount of any obligation reflected herein.

---

[1] The Debtors in these Cases, along with the last four digits of each Debtor's federal tax identification number, are: Rubicon US REIT, Inc. (3829); Rubicon GSA II, LLC (1728); Rubicon GSA II Alameda, LLC (3031); Rubicon GSA II Baltimore, LLC (8907); Rubicon GSA II Beacon Station Miami, LLC (4746); Rubicon GSA II Boise BLM, LLC (6547); Rubicon GSA II Boise INS, LLC (3007);  Rubicon GSA II Centennial Tacoma, LLC (9395);  Rubicon GSA II Fresno, LLC (2062);  Rubicon GSA II Kansas City, LLC (9685);  Rubicon GSA II New Orleans, LLC (8365);  Rubicon GSA II Richmond, LLC (5612);  Rubicon GSA II Duncan Plaza Portland, LLC (9256);  Rubicon GSA II Santa Clara, LLC (5547).

# United States Bankruptcy Court
## District of Delaware

In re  **Rubicon US REIT, Inc.**

Debtor(s)

Case No.  **N/A**

Chapter  **11**

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| WILMINGTON TRUST COMPANY, TRUSTEE FOR GLOBAL NOTE 1100 NORTH MARKET STREET WILMINGTON, DE 19890-00001 | WILMINGTON TRUST COMPANY, TRUSTEE FOR GLOBAL NOTE 1100 NORTH MARKET STREET WILMINGTON, DE 19890-00001 | UNSECURED BONDS | CONTINGENT | UNKNOWN |
| J. E. DUNN CONSTRUCTION COMPANY 1001 LOCUST STREET KANSAS CITY, MO 64106 | J. E. DUNN CONSTRUCTION COMPANY 1001 LOCUST STREET KANSAS CITY, MO 64106 | Service | | 7,076.00 |
| A&A MAINTENANCE ENTERPRISE, INC. 965 MIDLAND AVENUE, 3RD FLOOR YONKERS,NY 10704 | A&A MAINTENANCE ENTERPRISE, INC. 965 MIDLAND AVENUE, 3RD FLOOR YONKERS,NY 10704 | Service | | 6,574.09 |
| WALTER E. NELSON CO. 5937 N. CUTTER CIRCLE PORTLAND, OR 97217 | WALTER E. NELSON CO. 5937 N. CUTTER CIRCLE PORTLAND, OR 97217 | Service | | 5,286.70 |
| HAYWARD WATER SYSTEM P.O. BOX 515147 LOS ANGELES, CA 90051-5147 | HAYWARD WATER SYSTEM P.O. BOX 515147 LOS ANGELES, CA 90051-5147 | Service | | 4,312.05 |
| CB RICHARD ELLIS, INC. DEPT. 8844 LOS ANGELES, CA 90084-8844 | CB RICHARD ELLIS, INC. DEPT. 8844 LOS ANGELES, CA 90084-8844 | Service | | 4,164.62 |
| CBRE TECHNICAL SERVICES, LLC. DEPT. 8074 LOS ANGELES, CA 90084-8074 | CBRE TECHNICAL SERVICES, LLC. DEPT. 8074 LOS ANGELES, CA 90084-8074 | Service | | 3,176.80 |
| CB RICHARD ELLIS, INC. DEPT. 8844 LOS ANGELES, CA 90084-8844 | CB RICHARD ELLIS, INC. DEPT. 8844 LOS ANGELES, CA 90084-8844 | Service | | 2,402.74 |
| HAYWARD WATER SYSTEM P.O. BOX 515147 LOS ANGELES, CA 90051-5147 | HAYWARD WATER SYSTEM P.O. BOX 515147 LOS ANGELES, CA 90051-5147 | Service | | 1,987.72 |
| WSA 10311 S. LA CIENEGA BLVD. LOS ANGELES, CA 90045 | WSA 10311 S. LA CIENEGA BLVD. LOS ANGELES, CA 90045 | Service | | 1,658.59 |
| CB RICHARD ELLIS, INC. DEPT. 8844 LOS ANGELES, CA 90084-8844 | CB RICHARD ELLIS, INC. DEPT. 8844 LOS ANGELES, CA 90084-8844 | Service | | 1,437.00 |
| LOMA CLEANING SERVICE 541 Taylor Way Suite 5 SAN CARLOS, CA 94070 | LOMA CLEANING SERVICE 541 Taylor Way Suite 5 SAN CARLOS, CA 94070 | Service | | 1,418.77 |
| WAXIE SANITARY SUPPLY P.O. BOX 81006 SAN DIEGO, CA 92138 | WAXIE SANITARY SUPPLY P.O. BOX 81006 SAN DIEGO, CA 92138 | Service | | 1,069.57 |

In re   **Rubicon US REIT, Inc.**                Case No.   _____

                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| ALLIED WASTE SERVICES<br>P.O. BOX 78829<br>PHOENIX, AZ 85062-8829 | ALLIED WASTE SERVICES<br>P.O. BOX 78829<br>PHOENIX, AZ 85062-8829 | Service | | 1,052.88 |
| MIAMI DADE WATER & SEWER<br>P.O. BOX 026055<br>MIAMI, FL 33102-6055 | MIAMI DADE WATER & SEWER<br>P.O. BOX 026055<br>MIAMI, FL 33102-6055 | Service | | 934.47 |
| BUENA VISTA LANDSCAPE<br>SAL BOLANOS, INC.<br>P.O. BOX 28307<br>FRESNO, CA 93729 | BUENA VISTA LANDSCAPE<br>SAL BOLANOS, INC.<br>P.O. BOX 28307<br>FRESNO, CA 93729 | Service | | 928.00 |
| TRI DIM FILTER CORP.<br>P.O. BOX 822001<br>PHILADELPHIA, PA 19182 | TRI DIM FILTER CORP.<br>P.O. BOX 822001<br>PHILADELPHIA, PA 19182 | Service | | 927.72 |
| WASTE MANAGEMENT OF<br>FLORIDA<br>P.O. BOX 105453<br>ATLANTA, GA 30348-5453 | WASTE MANAGEMENT OF<br>FLORIDA<br>P.O. BOX 105453<br>ATLANTA, GA 30348-5453 | Service | | 920.93 |
| INTERMOUNTAIN GAS COMPANY<br>P.O. BOX 64<br>BOISE, ID 83732-0064 | INTERMOUNTAIN GAS COMPANY<br>P.O. BOX 64<br>BOISE, ID 83732-0064 | Service | | 865.23 |
| POWER EXTERMINATORS, INC.<br>MAIL PROCESSING CENTER<br>8815 S.W. 129TH STREET<br>MIAMI, FL 33176 | POWER EXTERMINATORS, INC.<br>MAIL PROCESSING CENTER<br>8815 S.W. 129TH STREET<br>MIAMI, FL 33176 | Service | | 825.00 |
| GREENTREE, INC.<br>P.O. BOX 561661<br>MIAMI, FL33256 | GREENTREE, INC.<br>P.O. BOX 561661<br>MIAMI, FL33256 | Service | | 790.00 |
| INTERMOUNTAIN GAS COMPANY<br>P.O. BOX 64<br>BOISE, ID 83732-0064 | INTERMOUNTAIN GAS COMPANY<br>P.O. BOX 64<br>BOISE, ID 83732-0064 | Service | | 576.01 |
| PC MAINTENANCE, LLC<br>112 W. 39TH STREET<br>BOISE, ID 83714 | PC MAINTENANCE, LLC<br>112 W. 39TH STREET<br>BOISE, ID 83714 | Service | | 765.00 |
| BARO HARDWARE II<br>7248 N.W. 25TH STREET<br>MIAMI, FL 33122 | BARO HARDWARE II<br>7248 N.W. 25TH STREET<br>MIAMI, FL 33122 | Service | | 556.38 |
| CBRE TECHNICAL SERVICES,<br>LLC. DEPT. 8074<br>LOS ANGELES, CA 90084-8074 | CBRE TECHNICAL SERVICES,<br>LLC. DEPT. 8074<br>LOS ANGELES, CA 90084-8074 | Service | | 652.56 |
| BUENA VISTA LANDSCAPE<br>SAL BOLANOS, INC.<br>P.O. BOX 28307<br>FRESNO, CA 93729 | BUENA VISTA LANDSCAPE<br>SAL BOLANOS, INC.<br>P.O. BOX 28307<br>FRESNO, CA 93729 | Service | | 650.00 |

In re   **Rubicon US REIT, Inc.**
_____
                Debtor(s)

Case No.   _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **FLORIDA POWER ELECTRIC CORP.** **1757 WEST 40TH STREET** **HIALEAH, FL 33012** | **FLORIDA POWER ELECTRIC CORP.** **1757 WEST 40TH STREET** **HIALEAH, FL 33012** | **Service** | | **527.34** |
| **RUTHERFORD JANITOR SUPPLY CORP.** **2522 HERMITAGE ROAD** **RICHMOND, VA 23220** | **RUTHERFORD JANITOR SUPPLY CORP.** **2522 HERMITAGE ROAD** **RICHMOND, VA 23220** | **Service** | | **469.55** |
| **RUTHERFORD JANITOR SUPPLY CORP.** **2522 HERMITAGE ROAD** **RICHMOND, VA 23220** | **RUTHERFORD JANITOR SUPPLY CORP.** **2522 HERMITAGE ROAD** **RICHMOND, VA 23220** | **Service** | | **457.88** |
| **STATE INSURANCE FUND** **P.O. BOX 990002** **BOISE, ID 83799-0002** | **STATE INSURANCE FUND** **P.O. BOX 990002** **BOISE, ID 83799-0002** | **Service** | | **417.20** |
| | | | | |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **RUBICON US REIT, INC[1].,** | ) | Case No. 10-_____ ( ) |
| | ) | |
| Debtor. | ) | |

## DECLARATION REGARDING CONSOLIDATED LIST OF
## CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

I, the undersigned authorized officer of Rubicon US REIT, Inc., named as the debtor in this case, declare under penalty of perjury that I have reviewed the foregoing Consolidated List of Creditors Holding 30 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Dated: ___January 15___, 2010
New York, New York

By: _____
Robert Saunders
President

---

[1] The Debtors in these Cases, along with the last four digits of each Debtor's federal tax identification number, are: Rubicon US REIT, Inc. (3829); Rubicon GSA II, LLC (1728); Rubicon GSA II Alameda, LLC (3031); Rubicon GSA II Baltimore, LLC (8907); Rubicon GSA II Beacon Station Miami, LLC (4746); Rubicon GSA II Boise BLM, LLC (6547); Rubicon GSA II Boise INS, LLC (3007); Rubicon GSA II Centennial Tacoma, LLC (9395); Rubicon GSA II Fresno, LLC (2062); Rubicon GSA II Kansas City, LLC (9685); Rubicon GSA II New Orleans, LLC (8365); Rubicon GSA II Richmond, LLC (5612); Rubicon GSA II Duncan Plaza Portland, LLC (9256); Rubicon GSA II Santa Clara, LLC (5547).

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **RUBICON US REIT, INC[1].,** | ) | |
| | ) | **Case No. 10-_____ ( )** |
| | ) | |
| Debtor. | ) | |

## LIST OF EQUITY SECURITY HOLDERS

The following lists the equity security holders of Rubicon US REIT, Inc., the debtor and debtor in possession in the above-caption case, as the date hereof. This list is being filed pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure[2].

| Equity Security Holder | Address | City | State/ Country | Zip | Percentage and Number of Shares |
|---|---|---|---|---|---|
| Rubicon America Trust c/o Rubicon Asset Management Limited Level 2 | 287-289 New South Head Road | Edgecliff | NSW Australia 2027 | N/A | 99.45% |
| See attached Schedule | | | | | .55% |

Dated: January 05 , 2010
New York, New York

By: _____
Robert Saunders
President

---

[1] The Debtors in these Cases, along with the last four digits of each Debtor's federal tax identification number, are: Rubicon US REIT, Inc. (3829); Rubicon GSA II, LLC (1728); Rubicon GSA II Alameda, LLC (3031); Rubicon GSA II Baltimore, LLC (8907); Rubicon GSA II Beacon Station Miami, LLC (4746); Rubicon GSA II Boise BLM, LLC (6547); Rubicon GSA II Boise INS, LLC (3007); Rubicon GSA II Centennial Tacoma, LLC (9395); Rubicon GSA II Fresno, LLC (2062); Rubicon GSA II Kansas City, LLC (9685); Rubicon GSA II New Orleans, LLC (8365); Rubicon GSA II Richmond, LLC (5612); Rubicon GSA II Duncan Plaza Portland, LLC (9256); Rubicon GSA II Santa Clara, LLC (5547).

[2] Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, a debtor is to provide the last known address or place of business for each equity holder.

# REIT Participation Report



**REIT: Rubicon US REIT, Inc**
Tax ID: 20-1813829

| Investor Name | Address | Shares |
|---|---|---|
| Jeffrey Ackemann | 5554 Concord Place<br>Dunwoody, GA 30338 | 1 |
| Julie W. Ackemann | 5554 Concord Place<br>Dunwoody, GA 30338 | 1 |
| Charles S. Ackerman | 1130 West Conway Drive<br>Atlanta, GA 30327 | 1 |
| Joanne M. Ackerman | 1130 West Conway Drive<br>Atlanta, GA 30327 | 1 |
| Belinda L. Armbruster | 3174 Brandy Station<br>Atlanta, GA 30339 | 1 |
| Kevin R. Armbruster | 3174 Brandy Station<br>Atlanta, GA 30339 | 1 |
| Nancy L. Ayres | 39 Glenald Way, N.W.<br>Atlanta, GA 30327-4060 | 1 |
| Patricia C. Ayres | 518 Arden at Argonne<br>Atlanta, GA 30305 | 1 |
| Marcy A. Bass | 4193 River Cliff Chase<br>Marietta, GA 30067 | 1 |
| Terri M. Breach | 5244 Redfield Court<br>Dunwoody, GA 30338 | 1 |
| William J. Breach | 5244 Redfield Court<br>Dunwoody, GA 30338 | 1 |
| Barbara A. Brown | 1141 Vinings Falls Drive<br>Smyrna, GA 30080 | 1 |
| Thomas V. Brown | 1141 Vinings Falls Drive<br>Smyrna, GA 30080 | 1 |
| Richard E. Buckley | 1520 West Paces Ferry Rd.<br>Atlanta, GA 30327 | 1 |
| Robert Chiodo | 322 Fernhill Ave.<br>Pittsburgh, PA 15226 | 1 |
| Sherman A. Cohen | 12 Heards Overlook Ct., N.W.<br>Atlanta, GA 30328 | 1 |
| Sharon J. Cole | 455 W. Wesley Road<br>Atlanta, GA 30305 | 1 |
| Madison F. Cole Jr. | 455 W. Wesley Road<br>Atlanta, GA 30305 | 1 |
| Amy Jorgensen Conlee | CGR Advisors<br>3050 Peachtree Rd. N.W. , Su<br>Atlanta, GA 30305 | 1 |
| Cecil D. Conlee | CGR Advisors<br>3050 Peachtree Rd. N.W., Su<br>Atlanta, GA 30305 | 1 |
| Carol L. Dingman | 13223 Glad Acres<br>Dallas, TX 75234 | 1 |
| Joseph W. Dingman | 13223 Glad Acres Drive<br>Dallas, TX 75234 | 1 |
| Donald E. Dorough | 3286 Northside Parkway<br>#803<br>Atlanta, GA 30327 | 1 |

# REIT Participation Report



**REIT: Rubicon US REIT, Inc**
Tax ID: 20-1813829

As of: 10/11/2007

| Investor Name | Address | Shares |
|---|---|---|
| Sylvia K. Dorough | 3286 Northside Parkway<br>#803<br>Atlanta, GA 30327 | 1 |
| Glenn Dorsey | 417 S. Broad St.<br>Abbeville, GA 31001 | 1 |
| James E. Dorsey | 7475 Wildercliff Drive, N.W.<br>Atlanta, GA 30328 | 1 |
| Kay W. Dorsey | 417 S. Broad St.<br>Abbeville, GA 31001 | 1 |
| Maurine M. Dorsey | 7475 Wildercliff Drive, N.W.<br>Atlanta, GA 30328 | 1 |
| Linda H. Dwyer | 301 Belvoir Avenue<br>Chattanooga, TN 37411 | 1 |
| William K. Dwyer | 301 Belvoir Avenue<br>Deliver to Back Door<br>Chattanooga, TN 37411 | 1 |
| Scott A. Fisher | 4193 River Cliff Chase<br>Marietta, GA 30067 | 1 |
| Bettie G. Graves | 15 La Shawte Cir.<br>Jackson, TN 38301 | 1 |
| J. Troy Green | 885 South Powers Court, N.W.<br>Atlanta, GA 30327 | 1 |
| Michael Habif | 5260 Riverview Rd.<br>Atlanta, GA 30327 | 1 |
| Joseph W. Hamilton | 3311 Wood Valley Rd<br>Atlanta, GA 30327 | 1 |
| Margaret D. Hamilton | 3311 Wood Valley Rd<br>Atlanta, GA 30327 | 1 |
| Christine L. Hammond | 2257 Vinings Cove<br>Smyrna, GA 30080 | 1 |
| Harold S. Hammond | 5 Brookside Dr.<br>Newnan, GA 30263 | 1 |
| William G. Hammond (401)K Profit Sharing Plan and Trust | 2257 Vinings Cove<br>Smyrna, GA 30080 | 1 |
| Harrison International, LLC P/P FBO Charles B. Harrison | 81 Peachtree Cir.<br>Atlanta, GA 30309 | 1 |
| Nancy S. Harrison | 81 Peachtree Circle<br>Atlanta, GA 30309 | 1 |
| David G. Helton | 206 Hickory Chase<br>Carrollton, GA 30117 | 1 |
| Susan H. Helton | 206 Hickory Chase<br>Carrollton, GA 30117 | 1 |
| Donis P. Hendry | 2884 Woodland Park Dr., N.E.<br>Atlanta, GA 30345 | 1 |
| James H. Hendry | 2884 Woodland Park Dr., N.E.<br>Atlanta, GA 30345 | 1 |
| Angus Kingsley Hill | 405 Manor Ridge Dr.<br>Atlanta, GA 30305 | 1 |
| Frances H. Hill | 405 Manor Ridge Dr.<br>Atlanta, GA 30305 | 1 |

# REIT Participation Report



**REIT: Rubicon US REIT, Inc**
Tax ID: 20-1813829

As of: 10/11/2007

| Investor Name | Address | Shares |
|---|---|---|
| Mary Ann Hite | 4481 Northside Parkway<br>Riverside Villas<br>Atlanta, GA 30327 | 1 |
| Charles N. Hubbard | 210 Habersham Pl.<br>Carrollton, GA 30117 | 1 |
| Marilyn M. Hubbard | 210 Habersham Pl.<br>Carrollton, GA 30117 | 1 |
| Jeanette G. James | 8945 Etching Overlook<br>Duluth, GA 30097 | 1 |
| Family Capital Management, LLC 401(k) P/S/P FBO Monte C. Johnson | 2181 Newmarket Parkway S.E.<br>Marietta, GA 30067-8770 | 1 |
| Anita Kempers | 4506 Chattahoochee Way<br>Marietta, GA 30067 | 1 |
| Hans A. Kempers | 4506 Chattahoochee Way<br>Marietta, GA 30067 | 1 |
| Jane H. Knight | 2789 Ramsgate, N.W.<br>Atlanta, GA 30305 | 1 |
| W. Donald Knight, Jr. | 2789 Ramsgate, N.W.<br>PLACE AT DOOR TO HOU<br>Atlanta, GA 30305 | 1 |
| Karen Kostyal | 604 Kings Cloister Cir.<br>Alexandria, VA 22302 | 1 |
| Catherine Trammell Kotchen | 44 Northwood Ave NE<br>Atlanta, GA 30309 | 1 |
| Peter M. Kotchen | 44 Northwood Ave NE<br>Atlanta, GA 30309 | 1 |
| Linda H. Kruger | 325 Cameron Ridge Dr.<br>Atlanta, GA 30328 | 1 |
| Richard Kruger | 325 Cameron Ridge Dr.<br>Atlanta, GA 30328 | 1 |
| Richard K. Layman | 10 Windswept Dr.<br>Malvern, PA 19355 | 1 |
| Anthony R. Levinson | 7475 Crompton Ct.<br>Atlanta, GA 30350 | 1 |
| Deborah Levinson | 7475 Crompton Ct.<br>Atlanta, GA 30350 | 1 |
| James H. Lokey, Jr. | 2841 Wyngate Dr., N.W.<br>Atlanta, GA 30305 | 1 |
| Karlyn Anne Loucks | 2625 Edgewood Rd.<br>Tampa, FL 33609 | 1 |
| Diane L. MacEwen | 41 Burdett Rd.<br>Atlanta, GA 30327 | 1 |
| Bruce W. MacEwen, Trustee MacEwen & Company Consulting PC P/S/P | 41 Burdett Rd.<br>Atlanta, GA 30327 | 1 |
| James B. Madeley | 5703 Silver Ridge Dr.<br>Stone Mountain, GA 30087 | 1 |
| Janice C. Madeley | 5703 Silver Ridge Dr.<br>Stone Mountain, GA 30087 | 1 |
| William C. Marshall | 5900 Hershinger Close<br>Duluth, GA 30097 | 1 |

# REIT Participation Report

**REIT: Rubicon US REIT, Inc**
Tax ID: 20-1813829



As of: 10/11/2007

| Investor Name | Address | Shares |
|---|---|---|
| Hugh F. McCarley | 6555 Sentry Hill Trail, N.W. Atlanta, GA 30328 | 1 |
| Marcia M. McCarley | 6555 Sentry Hill Trail, N.E. Atlanta, Ga 30328 | 1 |
| Celeste McCollough | 885 Gilbert St., S.E. Atlanta, GA 30316 | 1 |
| C. William Meldram | 3086 Lanier Drive Atlanta, GA 30319 | 1 |
| Anna Mortensen | 1661 Snug Harbor Drive Greensboro, GA 30642 | 1 |
| Davis K. Mortensen | 1661 Snug Harbor Drive Greensboro, GA 30642 | 1 |
| Anne L. Newcomb | 3618 Players Court Douglasville, GA 30135 | 1 |
| William D. Newcomb | 3618 Players Court Douglasville, GA 30135 | 1 |
| Mike O'Brien & Company 401(k) P/S/P | 5255 Fox Hill Drive Norcross, GA 30092 | 1 |
| Constance S. Panter | 2705 Parkview Drive Atlanta, GA 30345 | 1 |
| Eugene G. Partain | 1471 Falcon Ridge Highlands, NC 28741 | 1 |
| Ute R. Partain | 1471 Falcon Ridge Highlands, NC 28741 | 1 |
| Brooke H. Pendleton | 2367 Dellwood Drive Atlanta, GA 30305 | 1 |
| William B. Pendleton | 2367 Dellwood Drive Atlanta, GA 30305 | 1 |
| Charles D. Procter | 2619 Parker Trail Gainesville, GA 30506 | 1 |
| Elizabeth T. Procter | 2619 Parker Trail Gainesville, GA 30506 | 1 |
| J. Kent Regenstein | 4666 Sentinel View Atlanta, GA 30327 | 1 |
| Lynn A. Regenstein | 4666 Sentinel View Atlanta, GA 30327 | 1 |
| James H. Rogers | 6 Meadow Stream Lane Newnan, GA 30263 | 1 |
| Marc I. Sachs | 2625 Edgewood Rd. Tampa, FL 33609 | 1 |
| The Saylor Law Firm P/S/P and Trust FBO Jacquelyn H. Saylor | 1175 Peachtree St. N.E. 100 Colony Square, Suite 14! Atlanta, GA 30361 | 1 |
| The Saylor Law Firm P/S/P and Trust FBO Murray Saylor, Jr. | 1175 Peachtree St. N.E. 100 Colony Square, Suite 14! Atlanta, GA 30361 | 1 |
| Alice Lisl Schick | 7791 Bent Grass Ct. Largo, FL 33777 | 1 |
| Cindy Schick | 1822 Shelburne Ridge Marietta, GA 30068 | 1 |

# REIT Participation Report

**REIT: Rubicon US REIT, Inc**
Tax ID: 20-1813829



| Investor Name | Address | Shares |
|---|---|---|
| Kenneth B. Schick | 1822 Shelburne Ridge<br>Marietta, GA 30068 | 1 |
| Ann Schoen | 1 Mooregate Square<br>Atlanta, GA 30327 | 1 |
| Charles C. Schoen, III | 1 Mooregate Square<br>Atlanta, GA 30327 | 1 |
| John C. Sharp | 19551 US 41 SE<br>Ft. Myers, FL 33908 | 1 |
| Miriam E. Sharp | 19551 US 41 SE<br>Ft. Myers, FL 33908 | 1 |
| Joanie Shubin | 3375 Blackbridle Walk<br>Marietta, GA 30067 | 1 |
| Joshua D. Shubin | 3208 Argonne Dr., N.W.<br>Atlanta, GA 30305 | 1 |
| Lewis Shubin | 3375 Blackbridle Walk<br>Marietta, GA 30067 | 1 |
| Marilyn Shubin | 3208 Argonne Dr., N.W.<br>Atlanta, GA 30305 | 1 |
| Kay W. Slayden | 8014 Pebble Creek Lane East<br>Ponte Vedra Beach, FL 3208: | 1 |
| Charles H. Smith | 604 Kings Cloister Cir.<br>Alexandria, VA 22302 | 1 |
| Douglass C. Smith | 1894 Breckenridge Dr.<br>Atlanta, GA 30345 | 1 |
| Julie C. Smith | 10111 Bentcross Drive<br>Potomac, MD 20854 | 1 |
| Sue C. Smith | 1894 Breckenridge Dr.<br>Atlanta, GA 30345 | 1 |
| James W. Smith, III | 10111 Bentcross Drive<br>Potomac, MD 20854 | 1 |
| John C. Spinrad | 518 Arden at Argonne<br>Atlanta, GA 30305 | 1 |
| Kenn Spinrad | 215 South Quince Street<br>Philadelphia, PA 19107 | 1 |
| Sharon Spinrad | 215 South Quince Street<br>Philadelphia, PA 19107 | 1 |
| Russell B. Still | 3330 Cumberland Blvd., Ste. 200<br>Atlanta, GA 30339 | 1 |
| Brent Taylor | 249 Buckhaven Dr.<br>Canyon Lake, TX 78133 | 1 |
| Charles Y. Thomason, III | 101 Bob Fleming Rd.<br>Marietta, GA 30064 | 1 |
| Barbara Trammell | 2771 Brook Grove Lane<br>Atlanta, GA 30339 | 1 |
| Dannehl M. Twomey Revocable Trust | 830-13A A1A North #304<br>Ponte Vedra Beach, FL 3208: | 1 |
| Kevin M. Twomey Revocable Trust | 830-13A A1A North #304<br>Ponte Vedra Beach, FL 3208: | 1 |
| Maria G. Ullmann | 3885 Parian Ridge Rd.<br>Atlanta, GA 30327 | 1 |

# REIT Participation Report



**REIT: Rubicon US REIT, Inc**
Tax ID: 20-1813829

| Investor Name | Address | Shares |
|---|---|---|
| Robert M. Ullmann | 3885 Parian Ridge Rd. | 1 |
| | Atlanta, GA 30327 | |
| John A. Yacobi | 41 Prospect Bay Drive West | 1 |
| | Grasonville, MD 21638 | |
| Lorayne M. Yacobi | 41 Prospect Bay Drive West | 1 |
| | Grasonville, MD 21638 | |
| Stephen J. Zoukis | 1908 Middle Street | 1 |
| | Sullivans Island, SC 29482 | |
| Suzan Moore Zoukis | 1908 Middle Street | 1 |
| | Sullivans Island, SC 29482 | |

Investors: 125          Shares:125

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **RUBICON US REIT, INC**[1]., | ) | |
| | ) | Case No. 10-_____ (   ) |
| | ) | |
| **Debtor.** | ) | |

### CORPORATE OWNERSHIP STATEMENT PURSUANT TO
### <u>FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007(a)(1) AND 7007.1</u>

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy

Procedure and to enable the Judges to evaluate possible disqualification or recusal, on behalf of

Rubicon US REIT, Inc. ("US REIT"), the undersigned certifies that the following entity directly

or indirectly owns 99.45% of any class of Rubicon US REIT, Inc.'s equity interests:

- **Rubicon America Trust**

Dated: January 15 , 2010
New York, New York

**RUBICON US REIT, INC.**

By: _____
Robert Saunders
President

---

[1] The Debtors in these Cases, along with the last four digits of each Debtor's federal tax identification number, are: Rubicon US REIT, Inc. (3829); Rubicon GSA II, LLC (1728); Rubicon GSA II Alameda, LLC (3031); Rubicon GSA II Baltimore, LLC (8907); Rubicon GSA II Beacon Station Miami, LLC (4746); Rubicon GSA II Boise BLM, LLC (6547); Rubicon GSA II Boise INS, LLC (3007); Rubicon GSA II Centennial Tacoma, LLC (9395); Rubicon GSA II Fresno, LLC (2062); Rubicon GSA II Kansas City, LLC (9685); Rubicon GSA II New Orleans, LLC (8365); Rubicon GSA II Richmond, LLC (5612); Rubicon GSA II Duncan Plaza Portland, LLC (9256); Rubicon GSA II Santa Clara, LLC (5547).

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **RUBICON US REIT, INC**[1]., | ) | |
| | ) | Case No. 10-_____ ( ) |
| | ) | |
| Debtors. | ) | Jointly Administered. |

## DECLARATION CONCERNING CREDITOR MATRIX

On January        , 2010, Rubicon US REIT, Inc. ("Rubicon US REIT") filed with this Court a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C §§101-1532. Contemporaneously with the filing of their petitions, US REIT filed a single consolidated list of creditors (the "Creditor Matrix"), in lieu of separate lists.

I, Robert Saunders, the undersigned authorized officer of US REIT, declare under penalty of perjury that I have reviewed US REIT's Consolidated Creditor Matrix and that the information contained therein is true and correct to the best of my knowledge, information and belief.

Dated: _Janwary 15_ , 2010
New York, New York

**RUBICON US REIT, INC.**

By: _____
Robert Saunders
President

---

[1] The Debtors in these Cases, along with the last four digits of each Debtor's federal tax identification number, are: Rubicon US REIT, Inc. (3829); Rubicon GSA II, LLC (1728); Rubicon GSA II Alameda, LLC (3031); Rubicon GSA II Baltimore, LLC (8907); Rubicon GSA II Beacon Station Miami, LLC (4746); Rubicon GSA II Boise BLM, LLC (6547); Rubicon GSA II Boise INS, LLC (3007); Rubicon GSA II Centennial Tacoma, LLC (9395); Rubicon GSA II Fresno, LLC (2062); Rubicon GSA II Kansas City, LLC (9685); Rubicon GSA II New Orleans, LLC (8365); Rubicon GSA II Richmond, LLC (5612); Rubicon GSA II Duncan Plaza Portland, LLC (9256); Rubicon GSA II Santa Clara, LLC (5547).