**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RUBICON US REIT, INC. et al.[1], | ) | Case No. 10-10160 (BLS) |
| | ) | Joint Administration Pending |
| Debtors. | ) | |
| | ) | |

**CERTIFICATION OF COUNSEL REGARDING OMNIBUS HEARING DATES**

1. On January 21, 2010, the undersigned proposed counsel for the Debtors contacted the chambers of the Honorable Brendan Linehan Shannon and spoke with his judicial assistant regarding scheduling of future omnibus hearings. As a result, certain omnibus hearings were tentatively scheduled.

2. Attached as Exhibit "A", is a proposed form of order (the "Proposed Order") that states with specificity the time and date of each omnibus hearing tentatively scheduled, subject to court approval.

WHEREFORE, the undersigned respectfully requests that the Court enter the Proposed Order at its earliest convenience.

PHILLIPS, GOLDMAN & SPENCE, P.A.

STEPHEN W. SPENCE, ESQUIRE (#2033)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (Fax)

---

[1] The Debtors and the last four digits of the taxpayer numbers are as follows: Rubicon US REIB, Inc. #3829; Rubicon GSA II, LLC #1728; Rubicon GSA II Alameda, LLC #3031; Rubicon GSA II Baltimore, LLC # 8907; Rubicon GSA II Beacon Station Miami, LLC #4746; Rubicon GSA II Boise BLM, LLC #6547; Rubicon GSA II Boise INS, LLC #3007; Rubicon GSA II Centennial Tacoma, LLC #9396; Rubicon GSA II Resno, LLC #2062; Rubicon GSA II Kansas City, LLC #9685; Rubicon GSA II New Orleans #8365; Rubicon GSA II Richmond, LLC #5612; Rubicon GSA II Duncan Plaza Portland, LLC #9256; Rubicon GSA II Santa Clara, LLC #5547.

-and-

SQUIRE, SANDERS & DEMPSEY L.L.P.
Peter A. Zisser, Esquire
Sandra E. Mayerson, Esquire
30 Rockefeller Plaza, 23rd Fl.
New York, NY 10112
(212) 872-9800
(212) 872-9815 (Fax)
Proposed Counsel to the Debtors

Date: January 21, 2010