IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RUBICON US REIT, INC., et al., | Case No. 10-10160 (BLS) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 90 |

## ORDER GRANTING MOTION OF RUBICON NOTEHOLDERS PURSUANT TO SECTION 1121(d)(1) OF THE BANKRUPTCY CODE FOR ENTRY OF AN ORDER TERMINATING EXCLUSIVE PERIODS FOR DEBTORS TO PROPOSE AND SOLICIT ACCEPTANCES OF A PLAN

Upon consideration of the motion (the "**Motion**")[1] of the Rubicon Noteholders pursuant to section 1121(d)(1) of Bankruptcy Code for entry of an order terminating the exclusive periods for Rubicon US REIT, Inc. ("**Rubicon**") and its debtor subsidiaries (each, a "**Debtor**" and collectively, the "**Debtors**"),[2] debtors and debtors in possession in the above-captioned cases to propose and solicit acceptances of a plan; and upon the Debtors' objection to the Motion, and Global Asset Capital, Inc.'s joinder thereto (the "**Objections**"); and upon the Rubicon Noteholders' reply to the Objections; and upon the joinder to the Motion of Wells Fargo, N.A. not for itself but in its capacity as trustee; and upon the hearing held before the Court on March 9, 2010, and the Court having jurisdiction to consider the Motion and responses thereto and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and pursuant to section 1121(d)(1) of the Bankruptcy Code; and due notice of the Motion having been provided; and after due deliberation and good and sufficient cause appearing therefor, it is hereby

---

[1] Terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.
[2] The Debtors in these cases, with the last four digits of their federal tax identification numbers, are: Rubicon US REIT, Inc. (3829); Rubicon GSA II, LLC (1728); Rubicon GSA II Alameda, LLC (3031); Rubicon GSA II Baltimore, LLC (8907); Rubicon GSA II Beacon Station Miami, LLC (4746); Rubicon GSA II Boise BLM, LLC (6547); Rubicon GSA II Boise INS, LLC (3007); Rubicon GSA II Centennial Tacoma, LLC (9395); Rubicon GSA II Fresno, LLC (2062); Rubicon GSA II Kansas City, LLC (9685); Rubicon GSA II New Orleans, LLC (8365); Rubicon GSA II Richmond, LLC (5612); Rubicon GSA II Duncan Plaza Portland, LLC (9256); Rubicon GSA II Santa Clara, LLC (5547).

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that the Debtors' exclusive periods set forth under section 1121(d)(1) of the Bankruptcy Code are terminated as of March 9, 2010; and it is further

**ORDERED** that this Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation of this Order.

Dated: March 15, 2010
Wilmington, Delaware

                                        BRENDAN L. SHANNON
                                        UNITED STATES BANKRUPTCY JUDGE