# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

_____

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| Rubicon GSA II Beacon Station Miami, LLC | ) | Case No. 10-10174 |
| **Rubicon US REIT, Inc., <u>et al</u>.** | ) | Case No. 10-10160 (Jointly Administered) |
|  | ) |  |
| Debtors. | ) |  |

_____

**Claim No.: 4**
**Date Claim Filed: 2/23/2010**
**Claim Amount: $1,448.25**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY PURSUANT TO FRBP RULE 3001(e)(2)

**TO:** **TRANSFEROR:** **TEM Systems Inc.**
P.O. Box 863504
Orlando, FL 32886-3504

PLEASE TAKE NOTICE of the transfer of all right, title and interest in Claim No. 4 against Rubicon GSA II Beacon Station Miami, LLC in the amount of $1,448.25 as evidenced by the attached Evidence of Transfer of Claim to:

**TRANSFEREE:** **Pioneer Credit Opportunities Fund, LP**
(where notices and payments to transferee should be sent)
Attn: Adam Stein-Sapir
Greeley Square Station, P.O. Box 20188
39 W. 31st Street
New York, NY 10001
Tel: 646-237-6969
Fax: 216-839-5330
adam@pfllc.com

No action is required if you do not object to the transfer of the claim as described above. IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
- SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
- IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
- IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING

_____
Clerk of the Court

# EVIDENCE OF TRANSFER OF CLAIM

Tem Systems Inc, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Pioneer Credit Opportunities Fund, L.P., having an address at Greeley Square Station, P.O. Box 20188, New York, NY 10001, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM AGREEMENT between Assignor and Assignee (the "Agreement"), all of Assignor's rights, title and interest in and to the Claim of Assignor as set forth in the Agreement in the aggregate amount of $1,448.25 against Rubicon US REIT, Inc., et al., Case No. 10-10160 in the United States Bankruptcy Court for the District of Delaware, and the relevant portion of any and all proofs of claim (Nos. #4 ), filed by Assignor or its predecessor-in-interest with the Court in respect to the foregoing claim.

Assignor hereby unconditionally and explicitly waives (a) its right to raise any objection to the transfer hereto, and (b) any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules. Assignor further stipulates that an order may be entered recognizing this Assignment of Claim Agreement as an unconditional assignment and the Assignee herein as the valid owner of the Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed this 13th day of April, 2010.

ASSIGNOR:

_____
(Signature)

M.R. McIntosh
(Print Name)

Tem Systems, Inc.
(Company Name)

President
(Title)

ASSIGNEE:

_____
(Signature)

Adam D. Stein-Sapir
(Print Name)

Pioneer Credit Opportunities Fund, L.P.
(Company Name)

President
(Title)