UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

_____
                                    )
In re:                              )   Chapter 11
                                    )
Rubicon GSA II Duncan Plaza Portland, LLC )   Case No. 10-10182
**Rubicon US REIT, Inc., et al.**   )   Case No. 10-10160 (Jointly Administered)
                                    )
              Debtors.              )
_____    Claim Amount: $6,604.45
                                        Schedule: F


NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
PURSUANT TO FRBP RULE 3001(e)(1)


TO:    TRANSFEROR:    **Pioneer Waterproofing Co.**
                      1800SE Water Avenue
                      Portland, OR 97214-3364

PLEASE TAKE NOTICE of the transfer of all right, title and interest in the above scheduled claim against Rubicon GSA II Duncan Plaza Portland, LLC in the amount of $6,604.45 as evidenced by the attached Evidence of Transfer of Claim to:

       **TRANSFEREE:**         **Pioneer Credit Opportunities Fund, LP**
       (where notices and      Attn: Adam Stein-Sapir
       payments to transferee  Greeley Square Station, P.O. Box 20188
       should be sent)         39 W. 31st Street
                               New York, NY 10001
                               Tel: 646-237-6969
                               Fax: 216-839-5330
                               adam@pfllc.com

No action is required if you do not object to the transfer of the claim as described above. IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

   – FILE A WRITTEN OBJECTION TO THE TRANSFER WITH THE COURT
   – SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE
   – IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED
   – IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED
     FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING


                                          _____
                                          Clerk of the Court

# EVIDENCE OF TRANSFER OF CLAIM

Pioneer Waterproofing Co., its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto Pioneer Credit Opportunities Fund, L.P., having an address at Greeley Square Station, P.O. Box 20188, New York, NY 10001, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM AGREEMENT between Assignor and Assignee (the "Agreement"), all of Assignor's rights, title and interest in and to the Claim of Assignor as set forth in the Agreement in the aggregate amount of $6,604.45 against Rubicon US REIT, Inc., et al., Case No. 10-10160 in the United States Bankruptcy Court for the District of Delaware, and the relevant portion of any and all proofs of claim (Nos. _____ ) filed by Assignor or its predecessor-in-interest with the Court in respect to the foregoing claim.

Assignor hereby unconditionally and explicitly waives (a) its right to raise any objection to the transfer hereto, and (b) any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules. Assignor further stipulates that an order may be entered recognizing this Assignment of Claim Agreement as an unconditional assignment and the Assignee herein as the valid owner of the Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed this 27 day of April, 2010.

ASSIGNOR:

_____
(Signature)

Michael Crawford
(Print Name)

Pioneer Waterproofing Co. Inc
(Company Name)

President
(Title)

ASSIGNEE:

_____
(Signature)

Adam D. Stein-Sapir
(Print Name)

Pioneer Credit Opportunities Fund, L.P.
(Company Name)