Exhibit "A"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 10-10160 (BLS) |
| RUBICON US REIT, INC. et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Reference Docket No. |

### ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF PRICEWATERHOUSECOOPERS LLP AS TAX ADVISORS TO THE DEBTORS, *NUNC PRO TUNC* TO MARCH 1, 2010

Upon the Application (the "Application") for entry of an order authorizing the retention of PriceWaterhouseCoopers LLC. ("PwC") as tax advisors for Debtors and Debtors-in-Possession pursuant to sections 327(a) and 1107(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and the Court having reviewed: (i) the Application; (ii) the Affidavit of Jill H. Loftus annexed to the Application (the "Loftus Affidavit"); and the Court being satisfied with the representations made in the Application and the Loftus Affidavit, that PwC's retention is necessary and in the best interests of Debtors' estates, creditors, and other parties-in-interest; and the Court having found that PwC is a "disinterested person" as defined in section 101(14) of the Bankruptcy Code; and it appearing that proper and adequate notice has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefore; it is hereby

**ORDERED,** that the Application is GRANTED in full; and it is further

**ORDERED,** that pursuant to sections 327 and 1107 of the Bankruptcy Code, Debtors, as debtors and debtors-in-possession, are authorized to retain PwC as their tax advisor, as set forth in the Application and the Loftus Affidavit, and to perform the services as follows:

a. Represent Debtors in lease negotiations with existing or prospective Tenants regarding leasing space at the Properties;

b. Provide third-party market due diligence regarding market conditions, lease rates, competitive alternatives and other market related information;

c. Advise Debtors concerning restructuring or amending existing leases as part of any assumption process; and

d. Advise Debtors with regard to compliance with the leasing requirements of the Government Services Administration and other government-related Tenants.

and it is further;

**ORDERED,** that PwC shall be compensated as set forth in the Application and the Morioka Affidavit and in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code and such Bankruptcy Rules and Local Rules as may then be applicable, from time to time, and such procedures as may be fixed by order of this Court; and it is further

**ORDERED,** that pursuant to section 330 of the Bankruptcy Code, any professional fees authorized hereunder shall remain subject to review by the Court and parties-in-interest; and it is further

**ORDERED,** that Debtors reserve the right to seek to expand the scope of PwC's employment on notice, and the rights of parties in interest to object to any such application are reserved; and it is further

**ORDERED,** that nothing in this Order shall be construed as approving PwC's commission or other compensation as a term or condition of employment under section 328(a) of the Bankruptcy Code.

Dated: Wilmington, Delaware
      June ___, 2010

                                      _____
                                      THE HONORABLE BRENDAN LINEHAN SHANNON
                                      United States Bankruptcy Judge