IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RUBICON US REIT, INC. et al.[1], | ) | Case No. 10-10160 (BLS) |
| | ) | Jointly Administered |
| Debtors. | ) | **Hearing Date: 5/17/2010 @ 11:30 a.m.** |
| | ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON MAY 17, 2010 AT 11:30 A.M.

EMERGENCY MATTERS:

1.  *Debtors Emergency Motion to Adjourn Hearing to Consider (i) Approval of Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code and (ii) Confirmation of the Chapter 11 Plan of Reorganization for Rubicon US Reit, Inc. and its Affiliated Debtors Proposed by the Rubicon Noteholders* [Docket No. 360], filed on May 11, 2010.

   Response/Objection Deadline:   At the hearing

   Responses/Objections Received:   None to date.

   Related Documents:

   A)  *Motion to Shorten Time for Notice on Debtors Emergency Motion to Adjourn Hearing to Consider (i) Approval of Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code and (ii) Confirmation of the Chapter 11 Plan of Reorganization for Rubicon US Reit, Inc. and its Affiliated Debtors Proposed by the Rubicon Noteholders* [Docket No. 361], filed on May 11, 2010.

   B)  *Debtors Amended Emergency Motion to Adjourn Hearing to Consider (i) Approval of Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code and (ii) Confirmation of the Chapter 11 Plan of Reorganization for Rubicon US Reit, Inc. and its Affiliated Debtors Proposed by the Rubicon Noteholders* [Docket No. 365], filed on May 12, 2010.

---

[1] The Debtors and the last four digits of the taxpayer numbers are as follows: Rubicon US REIT, Inc. #3829; Rubicon GSA II, LLC #1728; Rubicon GSA II Alameda, LLC #3031; Rubicon GSA II Baltimore, LLC # 8907; Rubicon GSA II Beacon Station Miami, LLC #4746; Rubicon GSA II Boise BLM, LLC #6547; Rubicon GSA II Boise INS, LLC #3007; Rubicon GSA II Centennial Tacoma, LLC #9396; Rubicon GSA II Fresno, LLC #2062; Rubicon GSA II Kansas City, LLC #9685; Rubicon GSA II New Orleans #8365; Rubicon GSA II Richmond, LLC #5612; Rubicon GSA II Duncan Plaza Portland, LLC #9256; Rubicon GSA II Santa Clara, LLC #5547.

C) *Amended Motion to Shorten Notice Time on Debtors Emergency Motion to Adjourn Hearing to Consider (i) Approval of Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code and (ii) Confirmation of the Chapter 11 Plan of Reorganization for Rubicon US Reit, Inc. and its Affiliated Debtors Proposed by the Rubicon Noteholders* [Docket No. 366], filed on May 12, 2010.

D) *Amended Order Approving Debtors Emergency Motion to Adjourn Hearing to Consider (i) Approval of Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code and (ii) Confirmation of the Chapter 11 Plan of Reorganization for Rubicon US Reit, Inc. and its Affiliated Debtors Proposed by the Rubicon Noteholders* [CLEAN COPY].

Status: The Debtors respectfully request the Court hear this matter at the beginning of the hearing.

2. *Debtors' Motion for Appointment of Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104(a) to Operate Debtors and Investigate Certain Matters and (ii) Invalidating Any Noteholders Affirmative Vote for Such Trustee* [Docket No. 362], filed on May 11, 2010.

Response/Objection Deadline: At the hearing, or at such time as the Court sets for response

Responses/Objections Received: None to date.

Related Documents:

A) *Motion to Shorten Time on Debtors Motion for an Order (i) Appointing a Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104(a) to Operate Debtors and Investigate Certain Matters and (ii) Invalidating Any Noteholders Affirmative Vote for Such Trustee* [Docket No. 363], filed on May 11, 2010.

B) *Declaration of Andrea B. Unterberger in Support of Debtors Motion for an Order (i) Appointing a Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104(a) to Operate Debtors and Investigate Certain Matters and (ii) Invalidating Any Noteholders Affirmative Vote for Such Trustee* [Docket No. 364], filed on May 11, 2010.

C) *Amended Motion to Shorten Time on Debtors Motion for an Order (i) Appointing a Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104(a) to Operate Debtors and Investigate Certain Matters and (ii) Invalidating Any Noteholders Affirmative Vote for Such Trustee* [Docket No. 367], filed on May 12, 2010.

Status: The Debtors respectfully request that the Court hear this matter at this time or schedule a time prior to it considering confirmation of the Chapter 11 Plan of Reorganization Rubicon Noteholders' Chapter 11 Plan of Reorganization Under Chapter 11 of the Bankruptcy Code for Rubicon US REIT, Inc. and its Affiliated Debtors.

SCHEDULED MATTERS:

3.  *Motion for Entry of an Order (A) Approving Disclosure Statement; (B) Approving Combined Hearing on Approval of Disclosure Statement and Confirmation of Plan Under Section 105(d)(2)(B)(vi) of the Bankruptcy Code; (C) Approving Combined Hearing Notice and Distribution Thereof; (D) Approving Procedures for Filing Objections to Disclosure Statement and Confirmation of Plan; and (E) Approving Certain Modified Solicitation Procedures* [Docket No. 294], filed on April 16, 2010.

    Response/Objection Deadline:    April 26, 2010

    Responses/Objections Received:

A) *Objection of REIT Administration, LLC to Rubicon Noteholders (A) Motion to Approve Disclosure Statement; (B) Plan of Reorganization Under Chapter 11 of the Bankruptcy Code for US REIT, Inc and its Affiliated Debtors* [Docket No. 318], filed on April 23, 2010.

    Related Documents:

B) *Chapter 11 Plan of Reorganization Rubicon Noteholders' Chapter 11 Plan of Reorganization Under Chapter 11 of the Bankruptcy Code for Rubicon US REIT, Inc. and its Affiliated Debtors* [Docket No. 270], filed on March 29, 2010.

C) *Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Rubicon Noteholders' Plan of Reorganization Under Chapter 11 of the Bankruptcy Code for Rubicon US REIT, Inc. and its Affiliated Debtors* [Docket No. 271], filed on March 29, 2010.

D) *Rubicon Noteholders' First Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code for Rubicon US REIT, Inc. and its Affiliated Debtors* [Docket No. 323], filed on April 23, 2010.

E) *First Amended Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Rubicon Noteholders' First Amended Chapter 11 Plan of Reorganization Under Chapter 11 of the Bankruptcy Code for Rubicon US REIT, Inc. and its Affiliated Debtors* [Docket No. 324], filed on April 23, 2010.

F) *Amended Motion for Entry of an Order (A) Approving Disclosure Statement; (B) Approving Combined Hearing on Approval of Disclosure Statement and Confirmation of Plan Under Section 105(d)(2)(B)(vi) of the Bankruptcy Code; (C) Approving Combined Hearing Notice and Distribution Thereof; (D) Approving Procedures for Filing Objections to Disclosure Statement and Confirmation of Plan; and (E) Approving Certain Modified Solicitation Procedures* [Docket No. 325], filed on April 23, 2010.

G) *Notice of Filing Blacklines of First Amended Plan and First Amended Disclosure Statement* [Docket No. 326], filed on April 23, 2010.

H) *Notice of Filing of Plan Supplement* [Docket No. 327], filed on April 23, 2010.

I) *Notice of Withdrawal and Statement of Support of REIT Administration, LLC* [Docket No. 331], filed April 26, 2010.

J) *Statement By Class 8 Claimant In Support of Confirmation Of Amended Plan of Reorganization* [Docket No. 334], filed April 27, 2010

K) *Memorandum of Law in Support of Confirmation of he Rubicon Noteholders' First Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code for Rubicon US REIT, Inc. and its Affiliated Debtors* [Docket No. 340], filed April 28, 2010.

L) *Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Under 11 U.S.C. Sections 1129(a) and (b) and Federal Rule of Bankruptcy Procedure 3020 Confirming the Rubicon Noteholders' First Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code for Rubicon US REIT, Inc. and its Affiliated Debtors* [Docket No. 341], filed April 28, 2010.

M) *Notice of Rescheduled Hearing to Consider (I) Approval of Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code and (II) Confirmation of the Chapter 11 Plan of Reorganization for Rubicon US REIT, Inc. and Its Affiliated Debtors* [Docket No. 342], filed on April 28, 2010.

N) *Certificate of No Objection to Motion Approving, Inter Alia, Disclosure Statement and Combined Hearing on Approval of Disclosure Statement and Confirmation of Plan* [Docket No. 349], filed May 5, 2010.

O)  *Statement by Robert B. Katz, Chapter 7 trustee for Rubicon Finance America II, LLC in Support of Confirmation of Rubicon Noteholders' Amended Plan of Reorganization* [Docket No. 351], filed on May 7, 2010.

P)  Second Amended Chapter 11 Plan Rubicon Noteholders' Second Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code for Rubicon US REIT, Inc. and its Affiliated Debtors [Docket No. 353], filed May 10, 2010.

Q)  *Consent by Rubicon Noteholders to Plan as Plan Proponent* [Docket No. 354], filed May 10, 2010.

R)  *Consent by Rubicon Noteholders to Plan as Plan Proponent* [Docket No. 355], filed May 10, 2010.

S)  *Consent by Rubicon Noteholders to Plan as Plan Proponent* [Docket No. 356], filed May 10, 2010.

T)  *Second Amended Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Rubicon Noteholders' Second Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code for Rubicon US REIT, Inc. and its Affiliated Debtors* [Docket No. 357], filed May 10, 2010.

U)  *Notice of Filing of Blacklines of Amended Plan and Amended Disclosure Statement Under Chapter 11 of the Bankruptcy Code for Rubicon US REIT, Inc. and its Affiliated Debtors* [Docket No. 358] May 10, 2010.

V)  *Order Granting Rubicon Noteholders' Amended Motion for Entry of an Order (A) Approving Disclosure Statement; (B) Approving Combined Hearing on Approval of Disclosure Statement and Confirmation of Plan under Section 105(d)(2)(B)(vi) of the Bankruptcy Code; (C) Approving the Combined Hearing Notice and Distribution Thereof; (D) Approving Procedures for Filing Objections to Disclosure Statement and Confirmation of Plan; and (E) Approving Certain Modified Solicitation Procedures* [CLEAN COPY].

Status: This matter is scheduled to proceed, though the Debtors request it be adjourned pending a decision on its Motion to Appoint a Chapter 11 Trustee.

PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/ Stephen W. Spence
_____
Stephen W. Spence, Esquire (#2033)
E. Ashley Tucker, Esquire (#5298)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (Fax)

-and-

SQUIRE, SANDERS & DEMPSEY L.L.P.
Peter A. Zisser, Esquire
Sandra E. Mayerson, Esquire
30 Rockefeller Plaza, 23rd Fl.
New York, NY 10112
(212) 872-9800
(212) 872-9815 (Fax)
Counsel to the Debtors

Date: May 12, 2010