# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 10-10160 (BLS) |
| RUBICON US REIT, INC. et al.[1], | ) | Jointly Administered |
| | ) | **Hearing Date: 6/2/2010 @ 9:30 a.m.** |
| Debtors. | ) | Reference Docket Nos. 270, 271, 323, 324, |
| | ) | 325, 326, 327, 323, 324, 325, 327, 353, |
| | ) | 357, 362 and 364 |

## NOTICE OF CONTINUED HEARING

**PLEASE TAKE NOTICE** that the Court has continued the hearing on the following matters to June 2, 2010 at 9:30 a.m.:

A. *Debtors' Motion for Appointment of Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104(a) to Operate Debtors and Investigate Certain Matters and (ii) Invalidating Any Noteholders' Affirmative Vote for Such Trustee* [Docket No. 362], filed on May 11, 2010; and

B. *Motion for Entry of an Order (A) Approving Disclosure Statement; (B) Approving Combined Hearing on Approval of Disclosure Statement and Confirmation of Plan Under Section 105(d)(2)(B)(vi) of the Bankruptcy Code; (C) Approving Combined Hearing Notice and Distribution Thereof; (D) Approving Procedures for Filing Objections to Disclosure Statement and Confirmation of Plan; and (E) Approving Certain Modified Solicitation Procedures* [Docket No. 294], filed on April 16, 2010.

---

[1] The Debtors and the last four digits of the taxpayer numbers are as follows: Rubicon US REIT, Inc. #3829; Rubicon GSA II, LLC #1728; Rubicon GSA II Alameda, LLC #3031; Rubicon GSA II Baltimore, LLC # 8907; Rubicon GSA II Beacon Station Miami, LLC #4746; Rubicon GSA II Boise BLM, LLC #6547; Rubicon GSA II Boise INS, LLC #3007; Rubicon GSA II Centennial Tacoma, LLC #9396; Rubicon GSA II Fresno, LLC #2062; Rubicon GSA II Kansas City, LLC #9685; Rubicon GSA II New Orleans #8365; Rubicon GSA II Richmond, LLC #5612; Rubicon GSA II Duncan Plaza Portland, LLC #9256; Rubicon GSA II Santa Clara, LLC #5547.

**PLEASE TAKE FURTHER NOTICE** that the related pleadings will be considered with the pleadings listed above.

PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/ A. Tucker
_____
Stephen W. Spence, Esquire (#2033)
E. Ashley Tucker, Esquire (#5298)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (Fax)

-and-

SQUIRE, SANDERS & DEMPSEY L.L.P.
Peter A. Zisser, Esquire
Sandra E. Mayerson, Esquire
30 Rockefeller Plaza, 23rd Fl.
New York, NY 10112
(212) 872-9800
(212) 872-9815 (Fax)
Counsel to the Debtors

Date: May 18, 2010