# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| RUBICON US REIT, INC., <u>et al.</u>, | Case No. 10-10160 (BLS) |
| Debtors.[1] | Jointly Administered |
| | **Hearing Date: June 3, 2010 @ 9:15 a.m.** |

## NOTICE OF RESCHEDULED HEARING TO CONSIDER (I) APPROVAL OF DISCLOSURE STATEMENT PURSUANT TO SECTION 1125 OF THE BANKRUPTCY CODE AND (II) CONFIRMATION OF THE CHAPTER 11 PLAN OF REORGANIZATION FOR RUBICON US REIT, INC. AND ITS AFFILIATED DEBTORS PROPOSED BY THE RUBICON NOTEHOLDERS

**PLEASE TAKE NOTICE THAT** on March 29, 2010, the Rubicon Noteholders[2] filed the *Rubicon Noteholders' Plan of Reorganization Under Chapter 11 of the Bankruptcy Code for Rubicon US REIT, Inc. and Its Affiliated Debtors* [Docket No. 270] (as the same has been amended, modified or supplemented on April 23, 2010 and May 10, 2010 [Docket Nos. 323 and 353, respectively, the "**Plan**")[3] and the *Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Chapter 11 Plan of Reorganization for Rubicon US REIT, Inc. and Its Affiliated Debtors* [Docket No. 271] (as the same has been amended, modified or supplemented on April 23, 2010, May 10, 2010 and May 24, 2010 [Docket Nos. 324, 357 and 402 respectively, the "**Disclosure Statement**").

**PLEASE TAKE FURTHER NOTICE THAT** the hearing (the "**Combined Hearing**") currently scheduled to be held before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, at the Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom #1, Wilmington, Delaware 19801, on June 2, 2010 at 9:30 a.m. (prevailing Eastern Time) to consider the entry of an order approving the Disclosure Statement pursuant to section 1125 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. **has been rescheduled to June 3, 2010 at 9:15 a.m. (prevailing Eastern Time)**. The Disclosure Statement may be amended or modified at or

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: Rubicon US REIT, Inc. (3829); Rubicon GSA II, LLC (1728); Rubicon GSA II Alameda, LLC (3031); Rubicon GSA II Baltimore, LLC (8907); Rubicon GSA II Beacon Station Miami, LLC (4746); Rubicon GSA II Boise BLM, LLC (6547); Rubicon GSA II Boise INS, LLC (3007); Rubicon GSA II Centennial Tacoma, LLC (9395); Rubicon GSA II Fresno, LLC (2062); Rubicon GSA II Kansas City, LLC (9685); Rubicon GSA II New Orleans, LLC (8365); Rubicon GSA II Richmond, LLC (5612); Rubicon GSA II Duncan Plaza Portland, LLC (9256); and Rubicon GSA II Santa Clara, LLC (5547).

[2] The holders of 100% of the Global Notes (collectively, the "**Rubicon Noteholders**") are Debt II RB, L.P. and Debt-U RB, L.P. (together, "**Starwood**" and affiliates of Starwood Capital Group Global, L.L.C), KJ Mandrake LLC (an affiliate of Kaufman Jacobs LLC), and JPMorgan Chase Funding Inc.

[3] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Plan.

prior to the Combined Hearing, and the Combined Hearing may be adjourned from time to time without further notice, except for the announcement of the adjourned hearing date(s) at the Combined Hearing or any continued hearing(s).

**PLEASE TAKE FURTHER NOTICE THAT** the Court has determined to consider confirmation of the Plan immediately following its consideration of approval of the Disclosure Statement at the Combined Hearing.

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Plan and Disclosure Statement are available for inspection during regular business hours at the office of the Clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801. Copies of the Plan and Disclosure Statement may also be viewed on the internet at the Court's website (http://www.deb.uscourts.gov) by following the directions for accessing the ECF system on such website. In addition, copies of the Plan and Disclosure Statement may be obtained by parties in interest by contacting counsel for the Proponent: Greenberg Traurig, LLP, 200 Park Avenue, New York, NY 10166, Attn: Gary D. Ticoll, Esq. and Rachel Ehrlich Albanese, Esq., ticollg@gtlaw.com and albaneser@gtlaw.com.

**PLEASE TAKE FURTHER NOTICE THAT** this notice is not a solicitation of votes to accept or reject the Plan.

Dated: May 28, 2010                                    GREENBERG TRAURIG, LLP

/s Dennis A. Meloro
Dennis A. Meloro (DE Bar No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: melorod@gtlaw.com

-and-

Gary D. Ticoll
Rachel Ehrlich Albanese
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: ticollg@gtlaw.com
          albaneser@gtlaw.com

Counsel to the Proponent