# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RUBICON US REIT, INC. et al.[1], | ) | Case No. 10-10160 (BLS) |
| | ) | Jointly Administered |
| Debtors. | ) | Hearing Date: 6/3/2010 @ 9:15 a.m. |
| | ) | |

## THIRD AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 3, 2010 AT 9:15 A.M.

CONTINUED MATTERS:

1. *Motion for Entry of an Order (A) Approving Disclosure Statement; (B) Approving Combined Hearing on Approval of Disclosure Statement and Confirmation of Plan Under Section 105(d)(2)(B)(vi) of the Bankruptcy Code; (C) Approving Combined Hearing Notice and Distribution Thereof; (D) Approving Procedures for Filing Objections to Disclosure Statement and Confirmation of Plan; and (E) Approving Certain Modified Solicitation Procedures* [Docket No. 294], filed on April 16, 2010.

       Response/Objection Deadline:       April 26, 2010

       Responses/Objections Received:

       A)    *Objection of REIT Administration, LLC to Rubicon Noteholders (A) Motion to Approve Disclosure Statement; (B) Plan of Reorganization Under Chapter 11 of the Bankruptcy Code for US REIT, Inc and its Affiliated Debtors* [Docket No. 318], filed on April 23, 2010. This objection was withdrawn pursuant to Docket 331, located at Tab 1 (I).

       Related Documents:

       B)    *Chapter 11 Plan of Reorganization Rubicon Noteholders' Chapter 11 Plan of Reorganization Under Chapter 11 of the Bankruptcy Code for Rubicon US REIT, Inc. and its Affiliated Debtors* [Docket No. 270], filed on March 29, 2010.

---

[1] The Debtors and the last four digits of the taxpayer numbers are as follows: Rubicon US REIT, Inc. #3829; Rubicon GSA II, LLC #1728; Rubicon GSA II Alameda, LLC #3031; Rubicon GSA II Baltimore, LLC # 8907; Rubicon GSA II Beacon Station Miami, LLC #4746; Rubicon GSA II Boise BLM, LLC #6547; Rubicon GSA II Boise INS, LLC #3007; Rubicon GSA II Centennial Tacoma, LLC #9396; Rubicon GSA II Fresno, LLC #2062; Rubicon GSA II Kansas City, LLC #9685; Rubicon GSA II New Orleans #8365; Rubicon GSA II Richmond, LLC #5612; Rubicon GSA II Duncan Plaza Portland, LLC #9256; Rubicon GSA II Santa Clara, LLC #5547.

[2] Items 1 and 2 on this Agenda are being continued. Additional items noted in bold.

C) *Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Rubicon Noteholders' Plan of Reorganization Under Chapter 11 of the Bankruptcy Code for Rubicon US REIT, Inc. and its Affiliated Debtors* [Docket No. 271], filed on March 29, 2010.

D) *Rubicon Noteholders' First Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code for Rubicon US REIT, Inc. and its Affiliated Debtors* [Docket No. 323], filed on April 23, 2010.

E) *First Amended Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Rubicon Noteholders' First Amended Chapter 11 Plan of Reorganization Under Chapter 11 of the Bankruptcy Code for Rubicon US REIT, Inc. and its Affiliated Debtors* [Docket No. 324], filed on April 23, 2010.

F) *Amended Motion for Entry of an Order (A) Approving Disclosure Statement; (B) Approving Combined Hearing on Approval of Disclosure Statement and Confirmation of Plan Under Section 105(d)(2)(B)(vi) of the Bankruptcy Code; (C) Approving Combined Hearing Notice and Distribution Thereof; (D) Approving Procedures for Filing Objections to Disclosure Statement and Confirmation of Plan; and (E) Approving Certain Modified Solicitation Procedures* [Docket No. 325], filed on April 23, 2010.

G) *Notice of Filing Blacklines of First Amended Plan and First Amended Disclosure Statement* [Docket No. 326], filed on April 23, 2010.

H) *Notice of Filing of Plan Supplement* [Docket No. 327], filed on April 23, 2010.

I) *Notice of Withdrawal and Statement of Support of REIT Administration, LLC* [Docket No. 331], filed April 26, 2010.

J) *Statement By Class 8 Claimant In Support of Confirmation Of Amended Plan of Reorganization* [Docket No. 334], filed April 27, 2010

K) *Memorandum of Law in Support of Confirmation of he Rubicon Noteholders' First Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code for Rubicon US REIT, Inc. and its Affiliated Debtors* [Docket No. 340], filed April 28, 2010.

L) *Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Under 11 U.S.C. Sections 1129(a) and (b) and Federal Rule of Bankruptcy Procedure 3020 Confirming the Rubicon Noteholders' First Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code*

> *for Rubicon US REIT, Inc. and its Affiliated Debtors* [Docket No. 341], filed April 28, 2010.

M) *Certificate of No Objection to Motion Approving, Inter Alia, Disclosure Statement and Combined Hearing on Approval of Disclosure Statement and Confirmation of Plan* [Docket No. 349], filed May 5, 2010.

N) *Statement by Robert B. Katz, Chapter 7 trustee for Rubicon Finance America II, LLC in Support of Confirmation of Rubicon Noteholders' Amended Plan of Reorganization* [Docket No. 351], filed on May 7, 2010.

O) *Second Amended Chapter 11 Plan Rubicon Noteholders' Second Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code for Rubicon US REIT, Inc. and its Affiliated Debtors* [Docket No. 353], filed May 10, 2010.

P) *Consent by Rubicon Noteholders to Plan as Plan Proponent* [Docket No. 354], filed May 10, 2010.

Q) *Consent by Rubicon Noteholders to Plan as Plan Proponent* [Docket No. 355], filed May 10, 2010.

R) *Consent by Rubicon Noteholders to Plan as Plan Proponent* [Docket No. 356], filed May 10, 2010.

S) *Second Amended Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Rubicon Noteholders' Second Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code for Rubicon US REIT, Inc. and its Affiliated Debtors* [Docket No. 357], filed May 10, 2010.

T) *Notice of Filing of Blacklines of Second Amended Plan and Second Amended Disclosure Statement Under Chapter 11 of the Bankruptcy Code for Rubicon US REIT, Inc. and its Affiliated Debtors* [Docket No. 358] May 10, 2010.

T.1) *Exhibit(s) Notice of Filing of Exhibit in Support of Second Amended Plan of the Rubicon Noteholders (related document(s)[353])* [Docket No. 380], filed on May 17, 2010.

U) *Third Amended Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Rubicon Noteholders' Second Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code for Rubicon US REIT, Inc. and its Affiliated Debtors* [Docket No. 402], filed May 24, 2010.

V) *Notice of Filing Amended Disclosure Statement and Blackline* [Docket No. 403], filed May 24, 2010.

W) *Rubicon Noteholders' Preliminary Objection to Debtors' Motion for an Order (i) Appointing a Chapter 11 Trustee Pursuant to 11 U.S.C 1104(a) to Operate Debtors and Investigate Certain Matters and (ii) Invalidating Any Noteholders' Affirmative Vote for Such Trustee (related document(s)[362])* [Docket No. 412], filed May 26, 2010.

X) *Notice of Rescheduled Hearing to Consider (I) Approval of Disclosure Statement Pursuant to Section 125 of the Bankruptcy Code and (II) Confirmation of the Chapter 11 Plan of Reorganization for Rubicon US REIT, Inc. and its Affiliated Debtors Proposed by the Rubicon Noteholders* [Docket No. 419], filed May 28, 2010.

Y) *Reply of Rubicon Noteholders to Objection of Debtors to Plan Confirmation* (related document(s)[362], [364]) [Docket No. 421], filed May 28, 2010.

Status: This matter has been continued by the Court to a date and time to be determined by the Court.

2. *Debtors' Motion for Appointment of Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104(a) to Operate Debtors and Investigate Certain Matters and (ii) Invalidating Any Noteholders Affirmative Vote for Such Trustee* [Docket No. 362], filed on May 11, 2010.

Response/Objection Deadline: May 17, 2010.

Responses/Objections Received:

A) *Objection of the Rubicon Noteholders to Debtors' Amended Emergency Motion to Adjourn Hearing to Consider (I) Approval of Disclosure Statement and (II) Confirmation of the Chapter 11 Plan of Reorganization Proposed by the Rubicon Noteholders* [Docket No. 379], filed May 16, 2010.

B) *Rubicon Noteholders' Preliminary Objection to Debtors' Motion for an Order (i) Appointing a Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104(a) to Operate Debtors and Investigate Certain Matters and (Ii) Invalidating Any Noteholders' Affirmative Vote for Such Trustee ("Trustee Motion")* [Docket No. 412], filed May 26, 2010.

Related Documents:

C) *Declaration of Andrea B. Unterberger in Support of Debtors Motion for an Order (i) Appointing a Chapter 11 Trustee Pursuant to 11 U.S.C. § 1104(a) to Operate Debtors and Investigate Certain Matters and (ii) Invalidating Any*

4

        *Noteholders Affirmative Vote for Such Trustee* [Docket No. 364], filed on May 11, 2010.

    D)    *Declaration of Paul Melville in Support of the Objection of Debtors to Motion of Rubicon Noteholders Pursuant to § 1121(d)(1) of the Bankruptcy Code for Entry of an Order Terminating Exclusive Periods for Debtors to Propose Soliciting Acceptances of a Plan* [Part of Docket No. 161], filed February 25, 2010.

    E)    *Declaration of Andrea B. Unterberger in Support Of Debtors' Emergency Motion for a Protective Order Pursuant to Federal Rule of Bankruptcy Procedure 7026 and Federal Rule of Civil Procedure 26(c)*[Part of Docket No. 94], filed February 11, 2010.

Status: This matter has been continued by the Court to a date and time to be determined by the Court.

SCHEDULED MATTERS:

    3.    *Rubicon Noteholders' Emergency Motion for a Protective Order* [Docket No. 401], filed on May 24, 2010.

    Response/Objection Deadline:    None provided.

    Responses/Objections Received:

    A)    *Response to Noteholders Emergency Motion for a Protective Order* [Docket No. 409] filed on May 25, 2010.

    Related Documents:

    B)    *Notice of Deposition of Noteholders' Expert Stephen Marotta* [Docket No. 396], filed on May 21, 2010.

    C)    *Notice of Service of Debtors' Request to Rubicon Noteholders for Production of Documents* (with Discovery Requests)[Docket No. 397], filed May 21, 2010.

    D)    *Notice of Filing of Declaration of Salvatore Lobiondo, Jr. in Support of Confirmation of Rubicon Noteholders' Second Amended Plan of Reorganization in Substitution for Declaration of Stephen Marotta and Withdrawal of Declaration of Stephen Marotta (related document(s)[353])* [Docket No. 426], filed June 1, 2010.

> E) *Supplement to Emergency Motion for a Protective Order (related document(s)[401], [426])* [Docket No. 428] filed June 1, 2010.
>
> **Status:** **This matter is going forward.**

EMERGENCY MATTERS:

4. *Debtors' Emergency Motion in Limine to (a) Preclude Noteholders From Introducing Evidence Regarding the Feasibility of Rubicon Noteholders' Second Amended Plan of Reorganization under Chapter 11 of the Bankruptcy Code for Rubicon US Reit, Inc. and its Affiliated Debtors and (b) Exclude the Declaration of Salvatore Lobiondo, Jr. in Support of Confirmation of Rubicon Noteholders' Second Amended Plan of Reorganization under Chapter 11 of the Bankruptcy Code for Rubicon US Reit, Inc. and its Affiliated Debtors (Ref. Dkt. No. 362)* [Docket No. 430], filed on June 2, 2010.

> Response/Objection Deadline: None provided.
>
> Responses/Objections Received:
>
> A) *Rubicon Noteholders' Response to Debtors' Emergency Motion in Limine (related document(s) [430])* [436], filed June 2, 2010.
>
> Related Documents:
>
> B) *Declaration Notice of Filing of Declaration of Salvatore Lobiondo, Jr. in Support of Confirmation of Rubicon Noteholders' Second Amended Plan of Reorganization in Substitution for Declaration of Stephen Marotta and Withdrawal of Declaration of Stephen Marotta (related document(s)[353])* [Docket No. 426], filed June 1, 2010.
>
> C) *Notice of Deposition of Salvatore LoBiondo, Jr.* [Docket No. 427], filed June 1, 2010.
>
> **Status:** **The subject matter of this Motion may be disposed of as part of Item 3 of this Agenda.**

5 *Emergency Motion in Limine to Exclude the Testimony of Hal Lieberman, Esq. (Attachments: # (1) Exhibit A-I)* [Docket No. 434], filed on June 2, 2010.

> **Response/Objection Deadline:** None provided.
>
> **Responses/Objections Received:** None received.
>
> **Related Documents:** None.

**Status:** This matter will only be considered subject to the discretion of the Court.

PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/ Stephen W. Spence
Stephen W. Spence, Esquire (#2033)
E. Ashley Tucker, Esquire (#5298)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210 (Fax)

-and-

SQUIRE, SANDERS & DEMPSEY L.L.P.
Peter A. Zisser, Esquire
Sandra E. Mayerson, Esquire
30 Rockefeller Plaza, 23rd Fl.
New York, NY 10112
(212) 872-9800
(212) 872-9815 (Fax)
Counsel to the Debtors

Date: June 2, 2010