**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RUBICON US REIT, INC. et al.[1], | ) | Case No. 10-10160 (BLS) |
| | ) | Jointly Administered |
| Debtors. | ) | **Reference Docket No. 496** |
| | ) | |

**NOTICE OF ENTRY OF CONFIRMATION ORDER
AND OCCURRENCE OF EFFECTIVE DATE**

      **PLEASE TAKE NOTICE** that on June 21, 2010, the United States Bankruptcy Court for the District of Delaware (the "Court"), entered the *Findings of Fact, Conclusions of Law and Order* (the "Confirmation Order" [Docket No. 496]) *Confirming the Rubicon Noteholders' Third Amended Plan of Reorganization Under Chapter 11 of the Bankruptcy Code for Rubicon US REIT, Inc. and Its Affiliated Debtors* (the "Plan"). Pursuant to Paragraph 36 of the Confirmation Order, the Proponent[2] hereby gives notice of entry of the Confirmation Order.

      **PLEASE TAKE FURTHER NOTICE** that as of September 17, 2010, all conditions to the occurrence of the Effective Date set forth in Section 9.1 of the Plan have been satisfied or waived in accordance therewith. Pursuant to Section 9.2 of the Plan and Paragraph 36 of the Confirmation Order, the Proponent and the Reorganized Debtors hereby give notice of the Effective Date.

      **PLEASE TAKE FURTHER NOTICE** that pursuant to Section 2.1(c) of the Plan and Paragraph 23 of the Confirmation Order, all final requests for payment of Professional Fee Claims pursuant to sections 327, 328, 330, 331, 503(b), or 1103 of the Bankruptcy Code shall be filed and served on counsel to the Proponent, the Reorganized Debtors, the United States Trustee, and other necessary parties in interest no later than October 18, 2010, which date is thirty one (31) days after the Effective Date, or such later date, if any, as the Court shall order upon application. Any objections to such requests must be filed and served on counsel to the Proponent, the Reorganized Debtors, the United States Trustee, and the requesting Professional or other Entity on or before the date that is fifteen (15) days (or such longer period as may be allowed by order of the Court) after the date on which the applicable request was served.

      **PLEASE TAKE FURTHER NOTICE** that questions about the Reorganized Debtors' obligations under the Plan should be directed to the below-listed counsel for the Proponent: Greenberg Traurig, LLP, MetLife Building, 200 Park Avenue, New York, NY 10166 (Attn: Gary D. Ticoll and Rachel Ehrlich Albanese), ticollg@gtlaw.com and albaneser@gtlaw.com.

---

[1] The Debtors and the last four digits of the taxpayer numbers are as follows: Rubicon US REIT, Inc. #3829; Rubicon GSA II, LLC #1728; Rubicon GSA II Alameda, LLC #3031; Rubicon GSA II Baltimore, LLC # 8907; Rubicon GSA II Beacon Station Miami, LLC #4746; Rubicon GSA II Boise BLM, LLC #6547; Rubicon GSA II Boise INS, LLC #3007; Rubicon GSA II Centennial Tacoma, LLC #9396; Rubicon GSA II Fresno, LLC #2062; Rubicon GSA II Kansas City, LLC #9685; Rubicon GSA II New Orleans #8365; Rubicon GSA II Richmond, LLC #5612; Rubicon GSA II Duncan Plaza Portland, LLC #9256; Rubicon GSA II Santa Clara, LLC #5547.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Plan.

Dated: September 20, 2010
Wilmington, DE

| | |
|---|---|
| PHILLIPS, GOLDMAN & SPENCE, P.A. | GREENBERG TRAURIG, LLP |
| /s/ Stephen W. Spence | /s/ Dennis A. Meloro |
| Stephen W. Spence, Esquire (#2033) | Victoria Watson Counihan, Esquire (#3488) |
| E. Ashley Tucker, Esquire (#5298) | Dennis Meloro, Esquire (#4435) |
| 1200 North Broom Street | 1007 North Orange Street, Suite 1200 |
| Wilmington, DE 19806 | Wilmington, DE 19801 |
| Tel 302-655-4200 | Tel 302-661-7000 |
| Fax 302-655-4210 | Fax 302-661-7360 |
| Counsel to the Debtors | - and- |
| | Gary D. Ticoll, Esquire |
| | Rachel Ehrlich Albanese, Esquire |
| | 200 Park Avenue |
| | New York, NY 10166 |
| | Tel 212-801-9200 |
| | Fax 212-801-6400 |
| | Counsel to the Proponent |